UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
CRANMER SMITH,

                     Plaintiff,

    -against-

HOME DEPOT U.S.A.,

                    Defendant.
-------------------------------------------------------------------X

Docket No.:   1:15-CV-592 (GLS/CFH)

**RULE 7.1 DISCLOSURE**

      Pursuant to the Federal Rules of Civil Procedure Rule 7.1, Home Depot U. S. A., Inc. states that it is a direct, wholly-owned subsidiary of The Home Depot Inc. and The Home Depot, Inc., owns 100% of the capital stock of Home Depot U.S.A., Inc. Based solely on a review of filings made with the Securities and Exchange Commission, no publicly-held corporation owns 10% or more of the capital stock of The Home Depot, Inc. or Home Depot U.S.A., Inc.. The Home Depot, Inc. and Home Depot U.S.A., Inc have a number of wholly-owned and indirectly owned subsidiaries, but none of those subsidiaries have publicly issued shares.

Dated: New York, New York
       May 7, 2015

                                  LEWIS BRISBOIS BISGAARD & SMITH, LLP

                                  By: _____
                                  Ellen M. Mooney (EM2856)
                                  Bar Roll No.: 518164
                                  *Attorneys for Defendant Home Depot U.S.A., Inc.*
                                  77 Water Street – Suite 2100
                                  New York, New York 10038
                                  212.232.1300
                                  mooney@lbbslaw.com

TO:
Jeffrey N. Miller, Esq.
Friedman, Hirschen & Miller, LLP
*Attorneys for Plaintiff*
100 Great Oaks Boulevard – Suite 124
Albany, New York 12203
518.377.2223

4811-2597-6867.1